QUICK TIRE SERVICE, Inc., Appellant, v. Mildred CHRISTMAN, Appellee.

Circuit Court of Appeals, Eighth Circuit. October 13, 1928.

No. 8379.

Spencer F. Harris, of Kansas City, Mo., for appellant.

Malcolm S. Garrard, of Kansas City, Mo., for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellee, under rule 16.

RAMONA KENNEL CLUB, Appellant, v. Hannah M. SMITH, Administratrix, etc., Appellees.

Circuit Court of Appeals, Eighth Circuit. October 11, 1928.

No. 8377.

Carroll W. Harlan, of St. Louis, Mo., for appellant.

E. Howard M'Caleb, of New Orleans, La., for appellee.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant.

Morris REISMAN, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Eighth Circuit. April 16, 1929.

No. 8455.

Scipio A. Jones, of Little Rock, Ark., and John T. Shea, of Memphis, Tenn., for appellant.

Charles F. Cole, U. S. Atty., of Little Rock, Ark.

PER CURIAM. Appeal dismissed, at costs of appellant, but without taxation of attorney fee in favor of appellee, per stipulation of parties.

R. LOWENBAUM MANUFACTURING CO., Appellant, v. Nell Q. DONNELLY, Appellee.

Circuit Court of Appeals, Eighth Circuit. December 12, 1928.

No. 8205.

Ralph Kalish, of St. Louis, Mo., for appellant.

Delos G. Haynes, of St. Louis, Mo., James A. Reed, of Kansas City, Mo., and George T. Bean, of New York City, for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee, under rule 22.